Prob 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JAN 21 2005

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

UNITED STATES OF AMERICA

Crmin. No. 053L 2:00CR305-004J

v.

Long Hoang Tran

On September 11, 2002, the above named was placed on Supervised Release for a period of three years. Long Hoang Tran has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that he be discharged from Supervised Release.

Respectfully submitted,

_____
Marc S. Johnson
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 20 day of January, 2005.

_____
Carl J. Barbier
U.S. District Judge

Distribution:
  Original - Clerk's Office
  2 Certified Copies - United States Probation Office
  1 Certified Copy  - United States Attorney's Office
  1 Certified Copy  - Defense Attorney
  1 Certified Copy  - Defendant

DATE OF ENTRY
JAN 2 2 2005

___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep____
___ Doc. No. 257